**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
35 Evansburg Road
**Collegeville, PA 19426**
**(610)489-3041**
E-Mail mnahrgang@verizon.net

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: Arthur Herring, III | : NO. 20-12141 |
| Debtor | : |
|  | : CHAPTER 7 |

**ORDER FOR EXPEDITED HEARING**

AND NOW, this _24th_ day of _September_, 2020, upon consideration of Expedited Motion of Matthew R. Nahrgang to Withdraw as Counsel to Debtor, it is hereby ORDERED and DECREED that the Motion is GRANTED. A hearing on the Motion is set for _September 30, 2020_ @ _11:00 a.m._. Movant shall serve this Order upon the NITV and the Debtor via e-mail no later than 5:00 p.m. on _September 25, 2020_ and shall file a certification of service no later than _September 29, 2020_.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge