United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Arthur Herring, III  
    Debtor(s)

Case No. 20-12141-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 2  
Date Rcvd: Sep 30, 2020     Form ID: 139     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Herring, III, 1045 N West End Blvd, Lot 150, Quakertown, PA 18951-4146 |
| aty | + | Daniel DeSouza, DeSouza Law, P.A., 3111 N. University Drive, Suite 301, Coral Springs, FL 33065-5058 |
| cr | + | NITV Federal Services, LLC, c/o Dean E. Weisgold, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 14498028 | + | David L Singh, Esquire, Wisler Pearlstine, LLP, 460 Norristown Road, Suite 110, Blue Bell, PA 19422-2344 |
| 14498030 | + | DeSouza Law, P.A., 3111 N. University Drive, Suite 301, Pompano Beach, FL 33065-5058 |
| 14498029 | + | Dean E Weisgold, Esquire, 1835 Market St,, Ste 1215, Philadelphia, PA 19103-2912 |
| 14498032 | + | Melody Lakes, ATTN Office, 1045 N. West End Bl., Quakertown, PA 18951-4111 |
| 14498737 | + | NITV Federal Services, LLC, c/oDean E. Weisgold, Esquire, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 14507699 | | Nitv Federal Services LLC., C/o Advisor Law LLC James, 2925 Pga Blvd Ste 204, Palm Beach Gardens, FL 33410-2909 |
| 14498033 | + | Nitv Federal Services LLC., C/o DeSouza Law, PA, 3111 N. University Drive, Ste. 301, Coral Springs, FL 33065-5058 |
| 14498034 | + | Quakertown National Bank, PO Box 9005, Quakertown, PA 18951-9005 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2020 03:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14498031 | | Email/Text: fnb.bk@fnfg.com | Oct 01 2020 03:26:00 | Harleysville National Bank, 483 Main Street, Harleysville, PA 19438-2300 |
| 14498027 | | EDI: JPMORGANCHASE | Oct 01 2020 05:33:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: dlv | Page 2 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: 139 | Total Noticed: 16 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**           **Email Address**

BONNIE B. FINKEL
finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net

BONNIE B. FINKEL
on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net

DEAN E. WEISGOLD
on behalf of Creditor NITV Federal Services  LLC dean@weisgoldlaw.com, 2rainman@comcast.net

DEAN E. WEISGOLD
on behalf of Plaintiff NITV Federal Services  LLC dean@weisgoldlaw.com, 2rainman@comcast.net

MATTHEW R. NAHRGANG
on behalf of Defendant Arthur Herring  III mnahrgang@verizon.net

MATTHEW R. NAHRGANG
on behalf of Debtor Arthur Herring  III mnahrgang@verizon.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Arthur Herring, III
1045 N West End Blvd
Lot 150
Quakertown, PA 18951

Debtor(s)

Case No: 20−12141−mdc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−7986

---

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

***NOTICE IS GIVEN THAT:***

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 1/1/21

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 9/30/20

46
Form 139