**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: Arthur Herring, III : | NO.  20-12141 |
| Debtor : |  |
| : | CHAPTER 7 |

**ORDER**

AND NOW, this 19th day of October, 2020, upon consideration of the Motion of Matthew R. Nahrgang, Esquire, to Withdraw as Counsel to Debtor, any response thereto, and following a hearing, it is ORDERED and DECREED that the Motion is GRANTED.  The Appearance of Movant is hereby WITHDRAWN.

Debtor shall have thirty (30) days from the date of this order to retain new counsel.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge