# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| **ARTHUR HERRING, III,** | : | Case No. 20-12141 MDC |
| **Debtor** | | |

**ORDER APPROVING STIPULATION OF SETTLEMENT TO RELEASE FUNDS HELD BY HARLEYSVILLE BANK**

AND NOW, upon consideration of the Stipulation of Settlement between Bonnie Finkel, Chapter 7 Trustee, Arthur Herring III, and NITV Federal Services LLC, it is therefore

ORDERED that the Stipulation is hereby GRANTED. Further, Harleysville Bank is directed to Release all funds as agreed by the parties in the Stipulation within one week from receipt of this Court Order.

Date:  March       , 2021

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge


Dean E. Weisgold, Esq.
1835 Market Street, Suite 1215
Philadelphia, PA 19103

Arthur Herring, III
P.O. Box 43
Earlington, PA 18918

Bonnie Finkel, Esq.
Chapter 7 Trustee
P.O. box 1710
Cherry Hill, NJ 08034

Daniel DeSouza, Esq.
DeSouza Law, P.A.

3111 No. University Drive
Suite 301
Coral Springs, Florida 33065