**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Arthur Herring, III<br><br>          Debtor | :   Case No: 20-12141-mdc<br>:<br>:   Chapter 7<br>: |

**ORDER**

**AND NOW**, this __6th__ day of _____May_____ 2021, in consideration of Movant Melody Lakes Management, LLC's Motion for Relief from Automatic Stay, it is

**ORDERED** that the Motion is granted and Melody Lakes Management, LLC is hereby granted relief from the automatic stay as to the Lot located at 1045 North West End Boulevard, Lot 150, Quakertown, PA 18951 and Movant may commence or continue with possessory proceedings against debtor as to the Lot.

                                                        BY THE COURT:

                                                        _____
                                                        MAGDELINE D. COLEMAN
                                                        CHIEF U.S. BANKRPTCY JUDGE

Service List:
(See attached page)

Bonnie B. Finkel, Esq.
P.O. Box 1710
Cherry Hill, NJ 08034

Office of the U.S. Trustee
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Arthur Herring, III
P.O. Box 43
Earlington, PA  18918

Daniel F. Schranghamer
GSP Management Co.
800 West 4th Street, Suite 200
Williamsport, PA  17701