UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.
_____/

Case No.: 20-12141-MDC

Chapter 7

NITV FEDERAL SERVICES, LLC,

    Plaintiff,
v.

ARTHUR HERRING, III,

    Defendant.
_____/

Adv. Case No.: 20-00180

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, plaintiff NITV Federal Services, LLC and defendant Arthur Herring, III (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this adversary proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, and with each party to bear the cost of its own attorneys' fees and costs incurred in this adversary proceeding.

Respectfully submitted this 14 day of May 2021.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340

ARTHUR HERRING
P.O. Box 43
Earlington, PA 18918
Herthur20@protonmail.com

DDesouza@desouzalaw.com

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291


DEAN E. WEISGOLD, P.C.
1835 Market Street
Suite 1215
Philadelphia, PA 19103
Telephone: (215) 979-7602
dean@weisgoldlaw.com

*Attorneys for Plaintiff*

By: /s/ *Arthur Herring III*
    Arthur Herring, III

*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Dean E. Weisgold
Dean E. Weisgold

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.
_____/

Case No.: 20-12141-MDC

Chapter 7

NITV FEDERAL SERVICES, LLC,

    Plaintiff,
v.

ARTHUR HERRING, III,

    Defendant.
_____/

Adv. Case No.: 20-00180

## ORDER DISMISSING ADVERSARY PROCEEDING

This matter came before the Court on the parties' May 10, 2021 Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), which is made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041. Based on the foregoing stipulation, the Court hereby orders that this action be dismissed, without fees, costs, or disbursements to any party.

The Court shall separately address, in defendant/debtor Arthur Herring, III's principal case, plaintiff/creditor NITV Federal Services, LLC's pending Motion for Relief from Stay [D.E. 55]. To be clear, the dismissal of this adversary proceeding in no way affects or alters the parties' respective obligations under the Southern District of Florida's December 16, 2019 permanent injunction. While the debt stated therein will be discharged as a result of this dismissal, the permanent injunction shall remain. *See, e.g. In re Stone Res., Inc.*, 458 B.R. 823, 825 (E.D. Pa. 2011); *see also Kennedy v. Medicap Pharmacies, Inc.*, 267 F.3d 493, 496 (6th Cir. 2001).

3

plaintiff NITV Federal Services, LLC and defendant Arthur Herring, III (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this adversary proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, and with each party to bear the cost of its own attorneys' fees and costs incurred in this adversary proceeding.

\* \* \*

Order Submitted by:

Dean W. Weisgold, Esq.
DEAN E. WEISGOLD, P.C.
1835 Market Street
Suite 1215
Philadelphia, PA 19103
Telephone: (215) 979-7602
dean@weisgoldlaw.com

*Counsel for NITV Federal Service LLC*

Service:

Attorney Dean E. Weisgold is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.