**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:  HERRING, ARTHUR, III                §   Case No. 20-12141 MDC
                                            §
                                            §
                                            §
                Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/28/2020. The undersigned trustee was appointed on 04/28/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         33,139.45

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 23.01 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 13,900.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 19,216.44 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/01/2021 and the deadline for filing governmental claims was 01/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,673.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,673.95, for a total compensation of $2,673.95[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2021                         By: /s/ Bonnie B. Finkel
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 20-12141 MDC
**Case Name:** HERRING, ARTHUR III
**For Period Ending:** 05/10/2021

**Trustee Name:** (500540) Bonnie B. Finkel
**Date Filed (f) or Converted (c):** 04/28/2020 (f)
**§ 341(a) Meeting Date:** 06/04/2020
**Claims Bar Date:** 01/01/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Dodge Caravan SE | 500.00 | 0.00 | | 0.00 | FA |
| 2 | 2009 Honda Fit | 2,263.00 | 0.00 | | 0.00 | FA |
| 3 | various items | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | various items | 300.00 | 0.00 | | 0.00 | FA |
| 5 | various items | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: QNB | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking end 7371: Harleysville National Bank Debtor and his sister who are named on the account only have nominal interests as the entire baalnce was deposited and owned by Debtors mother, Jane Herring. Accoridngly, the balance is hers pursuant to the Multiple Party Accounts Act, 20 Pa.C.S.A. § 6301,6303 | 3,129.36 | 0.00 | | 0.00 | FA |
| 9 | Checking end 3378: Harleysville National Bank | 556.41 | 556.79 | | 556.79 | FA |
| 10 | Savings end 3499: Harlesyville National Bank | 182.37 | 182.66 | | 182.66 | FA |
| 11 | Dektor corporation defunct, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Dektor Technologies LLC, LP? defunct, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Harlesyville National Bank check number 60454 | 5,000.00 | 1,100.00 | | 5,000.00 | FA |
| 14 | Harlesysville Nat Bank check number 60499 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 15 | Harlesysville Nat Bank check number 60500 | 10,000.00 | 0.00 | | 10,000.00 | FA |
| 16 | Harlesysville Nat Bank check number 60525 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 17 | Harlesysville Nat Bank check number 60811 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 18 | Harlesysville Nat Bank check number 62794 | 0.00 | 2,400.00 | | 2,400.00 | FA |
| 19 | 1980 Kingsley mobile home | 10,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 20-12141 MDC  
**Case Name:** HERRING, ARTHUR III  
**For Period Ending:** 05/10/2021

**Trustee Name:** (500540) Bonnie B. Finkel  
**Date Filed (f) or Converted (c):** 04/28/2020 (f)  
**§ 341(a) Meeting Date:** 06/04/2020  
**Claims Bar Date:** 01/01/2021

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | potential malpractice claims against former counsel (u)  Trustee investigated Debtor's alleged claims against former counsel, and she determined that there was no value to the claims for the bankruptcy estate. | Unknown | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$52,431.14** | **$19,239.45** | | **$33,139.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/22/2021 - Sent Debtor exemption check for $13,900. Once cashed, will begin preparation for filing a TFR.  
3/15/21 - Ct. approved Stipulation and Bank turned over monies per Stipulation.  
3/2/21 - Negotiated with creditor and Debtor to file a Stipulation to have Harleysville Bank release funds they are holding.  
1/20/21 - Negotiating with creditor and Debtor to release funds garnished by creditor NITV at bank.  
9/29/20 - Changed to Asset case based on monies held by Harleysville Bank.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  **Current Projected Date Of Final Report (TFR):** 04/05/2021 (Actual)

UST Form 101-7-TFR (5/1/2011)

| | Form 2 | | Exhibit B |
|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | Page: 1 |

| Case No.: | 20-12141 MDC | Trustee Name: | Bonnie B. Finkel (500540) |
|---|---|---|---|
| Case Name: | HERRING, ARTHUR III | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1363 | Account #: | ******2106 Checking |
| For Period Ending: | 05/10/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/15/21 | | Harleysville Bank | Bank turnover of funds in two accounts x3378 and x3499 per Ct. Order | | 739.45 | | 739.45 |
| | {9} | | bank turnover of funds in account $556.79 | 1129-000 | | | |
| | {10} | | turnover of funds in Harleysville account $182.66 | 1129-000 | | | |
| 03/15/21 | | Harleysville Bank | Turnover of funds from Harleysville Bank for uncashed cashiers checks | | 32,400.00 | | 33,139.45 |
| | {13} | | uncashed cashiers check $5,000.00 | 1129-000 | | | |
| | {14} | | uncashed cashiers check $5,000.00 | 1129-000 | | | |
| | {15} | | uncashed cashiers check $10,000.00 | 1129-000 | | | |
| | {16} | | uncashed cashiers check $5,000.00 | 1129-000 | | | |
| | {17} | | uncashed cashiers check $5,000.00 | 1129-000 | | | |
| | {18} | | uncashed cashiers check $2,400.00 | 1129-000 | | | |
| 03/22/21 | 101 | ARTHUR HERRING | exempt portion of bank funds collected | 8100-002 | | 13,900.00 | 19,239.45 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.01 | 19,216.44 |
| | | **COLUMN TOTALS** | | | 33,139.45 | 13,923.01 | $19,216.44 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 33,139.45 | 13,923.01 | |
| | | Less: Payments to Debtors | | | | 13,900.00 | |
| | | **NET Receipts / Disbursements** | | | **$33,139.45** | **$23.01** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-12141 MDC | **Trustee Name:** | Bonnie B. Finkel (500540) |
| **Case Name:** | HERRING, ARTHUR III | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1363 | **Account #:** | ******2106 Checking |
| **For Period Ending:** | 05/10/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $33,139.45 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $13,900.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $19,239.45 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2106 Checking | $33,139.45 | $23.01 | $19,216.44 |
| | **$33,139.45** | **$23.01** | **$19,216.44** |

UST Form 101-7-TFR (5/1/2011)

Printed: 05/10/2021 8:26 AM　　　　　　　　　　　　　　　　**Exhibit C**　　　　　　　　　　　　　　　　　　Page: 1

**Claims Register**

**Case: 20-12141 MDC ARTHUR HERRING**

**Claims Bar Date:** 1/1/21 12:00

| Claim # | Claimant Name/ \<Category\>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXEMPTION | ARTHUR HERRING<br><br>\<8100-00 Exemptions\>, 100 | Secured<br>03/22/21 | | $ 13,900.00<br>$ 13,900.00 | $13,900.00 | $0.00 |
| FEE | Bonnie B. Finkel<br>PO Box 1710<br>Cherry Hill, NJ 08034<br><br>\<2100-00 Trustee Compensation\>, 200 | Admin Ch. 7<br>04/05/21 | | $ 2,673.95<br>$ 2,673.95 | $0.00 | $2,673.95 |
| 1 | Nitv Federal Services LLC.<br>C/o DeSouza Law, PA<br>3111 N. University Drive, Ste. 301<br>Coral Springs, FL 33065<br><br>\<7100-00 Section 726(a)(2) General Unsecured Claims\>, 610 | Unsecured<br>05/29/20 | | $ 849,347.92<br>$ 849,347.92 | $0.00 | $849,347.92 |
| 2 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><br>\<7100-00 Section 726(a)(2) General Unsecured Claims\>, 610 | Unsecured<br>10/16/20 | | $ 586.70<br>$ 586.70 | $0.00 | $586.70 |
| 3 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><br>\<7100-00 Section 726(a)(2) General Unsecured Claims\>, 610 | Unsecured<br>10/26/20 | | $ 337.61<br>$ 337.61 | $0.00 | $337.61 |

Printed:  05/10/2021 8:26 AM

Page:  2

# Exhibit C

## Claims Register

**Case: 20-12141 MDC ARTHUR HERRING**

**Claims Bar Date:** 1/1/21 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Melody Lakes Mgmt, LLC<br>c/o Jacob Wertz<br>800 W. Fourth St., Ste. 200<br>Williamsport, PA 17701<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>10/29/20 | | $ 1,581.00<br>$ 1,581.00 | $0.00 | $1,581.00 |
| 5 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>11/30/20 | | $ 137.29<br>$ 137.29 | $0.00 | $137.29 |
| | | | **Case Total:** | | $13,900.00 | $854,664.47 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-12141 MDC
Case Name: ARTHUR HERRING
Trustee Name: Bonnie B. Finkel

**Balance on hand:** $ 19,216.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,216.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bonnie B. Finkel | 2,673.95 | 0.00 | 2,673.95 |

Total to be paid for chapter 7 administrative expenses: $ 2,673.95
Remaining balance: $ 16,542.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,542.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

| | | Total to be paid for priority claims: | $ | 0.00 |
| | | Remaining balance: | $ | 16,542.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $851,990.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nitv Federal Services LLC. | 849,347.92 | 0.00 | 16,491.18 |
| 2 | Bank of America, N.A. | 586.70 | 0.00 | 11.39 |
| 3 | JPMorgan Chase Bank, N.A. | 337.61 | 0.00 | 6.56 |
| 4 | Melody Lakes Mgmt, LLC | 1,581.00 | 0.00 | 30.70 |
| 5 | Verizon | 137.29 | 0.00 | 2.66 |

| | Total to be paid for timely general unsecured claims: | $ | 16,542.49 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

**UST Form 101-7-TFR(5/1/2011)**